58 A.3d 747

Demetrius J. GRANT, Appellant

v.

PENNSYLVANIA DEPARTMENT OF
CORRECTIONS, Appellee.

Supreme Court of Pennsylvania.

Nov. 21, 2012.

## ORDER

PER CURIAM.

AND NOW, this 21st day of November, 2012, the Order of the Commonwealth Court is AFFIRMED.

58 A.3d 747

Derrald HANDY, Appellant

v.

PENNSYLVANIA BOARD OF PROBATION
AND PAROLE, Appellee.

No. 34 EAP 2012.

Supreme Court of Pennsylvania.

Nov. 21, 2012.

## ORDER

PER CURIAM.

AND NOW, this 21st day of November, 2012, the Commonwealth's Motion for Consolidation is **DISMISSED AS MOOT** and the Order of the Commonwealth Court is **AFFIRMED.**